UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TIMOTHY J. HANNA,

        Plaintiff,

  v.

OFFICER LITTLE,

        Defendant.

Case No. 14-cv-02216-JST (PR)

**ORDER REOPENING ACTION**

Re: Dkt. No. 7

This action was dismissed without prejudice on July 1, 2014 because plaintiff did not pay the filing fee and his in forma pauperis (IFP) application was incomplete. Specifically, plaintiff failed to file a Certificate of Funds completed and signed by an authorized prison officer as well as a prison trust account statement detailing transactions for the last six months.

On July 21, 2014, plaintiff filed a motion to reopen the action along with the documents needed to complete his IFP application. Plaintiff represents that although he followed prison procedures for processing the Certificate of Funds and trust account statement, the documents were lost due to a mailroom error.

Accepting as true plaintiff's statements that the late filing was due to circumstances beyond his control, the action is hereby REOPENED. The order of dismissal (Docket No. 5) is VACATED. Plaintiff's IFP application will be addressed in a separate order. Additionally, plaintiff's complaint will be reviewed under 28 U.S.C. § 1915A in a separate order.

This order terminates Docket No. 7.

**IT IS SO ORDERED.**

Dated: July 24, 2014

                                                    JON S. TIGAR
                                               United States District Judge