UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY J. HANNA,<br><br>    Plaintiff,<br><br>    v.<br><br>OFFICER LITTLE, et al.,<br><br>    Defendants. | Case No.  14-cv-02216-JST (PR)<br><br>**ORDER GRANTING PLAINTIFF'S REQUEST FOR EXTENSION OF TIME TO FILE AMENDED COMPLAINT**<br><br>Re: Dkt. No. 13 |

Good cause appearing, plaintiff's request for an extension of time to file an amended complaint is GRANTED.  Plaintiff shall file his amended complaint no later than **December 12, 2014**.

This order terminates Docket No. 13.

**IT IS SO ORDERED.**

Dated: October 6, 2014

_____
JON S. TIGAR
United States District Judge