UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY J. HANNA,<br>　　　　　Plaintiff,<br>　　v.<br>OFFICER LITTLE,<br>　　　　　Defendant. | Case No.  14-cv-02216-HSG (PR)<br><br>**ORDER REQUESTING CDCR LITIGATION COORDINATOR PROVIDE LOCATION INFORMATION FOR UNSERVED DEFENDANT**<br><br>Re: Dkt. No. 35 |

　　　　Plaintiff, an inmate at the Correctional Training Facility, filed this *pro se* civil rights action under 42 U.S.C. § 1983 against staff and officials at San Quentin State Prison ("SQSP"), where he was previously incarcerated.  On May 13, 2015, the Court screened plaintiff's third amended complaint, found that it stated a cognizable Eighth Amendment claim of deliberate indifference to safety as against SQSP Correctional Officer Little, and ordered him served.  Docket No. 27.

　　　　On June 1, 2015, the summons for defendant Little was returned unexecuted with the following remark: "Dismissed from state service.  No forwarding address."  Docket No. 31.  On June 9, 2015, the Court directed plaintiff to effect service on defendant Little, or submit to the Court sufficient information to identify and locate defendant Little such that the United States Marshal is able to effect service.  Docket No. 32.

　　　　On July 21, 2015, plaintiff filed a request for an order directing the United States Marshal to provide service.  Docket No. 35.  Therein, plaintiff states he has been unable to obtain a current address for defendant Little and requests the Court's assistance.

　　　　Plaintiff is reminded that it is ultimately plaintiff's responsibility to provide sufficient information to allow the Marshal to locate and serve defendants.  However, in the interest of expediting proceedings, the Clerk of the Court shall send a copy of this order to the Litigation

1  Coordinator at CDCR, who is requested to provide to the Court, **under seal**, any forwarding
2  address information and last known address that is available with respect to former SQSP
3  Correctional Officer Michael Little within **thirty days** from the filing date of this order.  Upon
4  receipt of such information, the Court will order the Marshal to serve defendant Little at the
5  address provided.

6  Based on the foregoing, plaintiff's July 21, 2015 request is GRANTED.
7  This order terminates Docket No. 35.
8  **IT IS SO ORDERED.**
9  Dated: 7/22/2015

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge