UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TIMOTHY J. HANNA,

         Plaintiff,

      v.

MICHAEL A. LITTLE,

         Defendant.

Case No. 14-cv-02216-HSG (PR)

**SECOND ORDER OF SERVICE ON DEFENDANT MICHAEL A. LITTLE**

        Plaintiff, an inmate at the Correctional Training Facility, filed this *pro se* civil rights action under 42 U.S.C. § 1983 against staff and officials at San Quentin State Prison ("SQSP"), where he was previously incarcerated.  On May 13, 2015, the Court screened plaintiff's third amended complaint ("TAC"), found that it stated a cognizable Eighth Amendment claim of deliberate indifference to safety as against SQSP Correctional Officer Little, and ordered him served.  Docket No. 27.

        On June 1, 2015, the summons for defendant Little was returned unexecuted with the following remark: "Dismissed from state service.  No forwarding address."  Docket No. 31.  Accordingly, the Court ordered plaintiff to either effectuate service on defendant Little or provide the Court with Little's current location so that the Marshal could effectuate service.  Docket No. 32.

        On July 21, 2015, plaintiff notified the Court that he was unable to obtain a current address for defendant Little and requested the Court's assistance.  Docket No. 35.  The Court thereafter issued an order requesting the California Department of Corrections and Rehabilitation ("CDCR") to provide under seal any forwarding address information available with respect to defendant Little.  Docket No. 36.  On September 4, 2015, the Court received a letter from defendant,

identifying his full name as Michael A. Little.  Docket No. 40.  The letter is dated August 24, 2015 and states in full, "I Michael A. Little do not consent to the release of any and all personal information to convicted felons from the state of California or their representatives."  *Id.*  The letter bears no return address, but the heading reads:

> San Quentin State Prison
> California Department of Corrections

The Court also notes that, on August 28, 2015, a representative of the United States Marshal's Service communicated to court staff that he was informed by the CDCR that the CDCR will no longer provide forwarding addresses for peace officers that have left CDCR.  According to the Marshal's representative, he was informed that the new policy is meant to comply with the Public Safety Officers Bill of Rights.

Regarding Mr. Little's August 24, 2015 letter, the Court never ordered release of Mr. Little's personal information to plaintiff.  Rather, the Court specifically directed the CDCR to provide Mr. Little's forwarding address **to the Court, under seal**.  *See* Dkt. No. 36.  Regarding the CDCR's representation that it cannot provide forwarding addresses, the Court has reviewed the Public Safety Officers Bill of Rights, Cal. Gov't. Code §§ 3300-3313, and notes that there is no provision preventing the CDCR from providing the Court with forwarding addresses for former employees.

In the typical case, where a defendant is still employed at a prison, the United States Marshal mails service papers to the prison to be distributed to the defendant by the prison's litigation coordination office.  It is apparent from Mr. Little's letter that the CDCR has location information for Mr. Little and indeed has contacted him regarding this litigation.  In order to balance Mr. Little's privacy interests with plaintiff's right to pursue his claims, the Court will order the United States Marshal to re-serve Mr. Little at the CDCR's Office of Legal Affairs and will order the CDCR to deliver the complaint and summons to Mr. Little.  This comports with the service protocol for the typical *pro se* prisoner case, particularly here where defendant Little is still identifying with the CDCR and with SQSP via his letterhead.

Accordingly, the Clerk shall reissue summons, and the United States Marshal shall serve,

United States District Court
Northern District of California

2

1   without prepayment of fees, a copy of the TAC  (Dkt. No. 28), a copy of the Court's May 13, 2015

2   order of service (Dkt. No. 27), and a copy of this order upon **Michael A. Little** at the CDCR's

3   Office of Legal Affairs, P.O. Box 942883, Sacramento, California, 94283-0001.  Upon receipt of

4   these documents, the CDCR is directed to deliver the documents to Mr. Little either in person or at

5   his current forwarding address.

6          In addition, the Clerk shall send a courtesy copy of this order to the California Attorney

7   General's Office as well as to the SQSP Litigation Coordinator.  Within **thirty-five (35) days** of

8   this order, the California Attorney General's Office shall inform the Court whether defendant has

9   been served and whether they will represent defendant in this action.

10         **IT IS SO ORDERED.**

11  Dated:  10/13/2015

12  _____

13  HAYWOOD S. GILLIAM, JR.
    United States District Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3