UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY J. HANNA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MICHAEL A LITTLE,<br><br>　　　　　Defendant. | Case No. 14-cv-02216-HSG (PR)<br><br>**ORDER GRANTING DEFENDANT'S MOTION FOR LEAVE TO TAKE DEPOSITION**<br><br>Re: Dkt. No. 48 |

　　Good cause appearing, defendant's motion for leave to take plaintiff's deposition is GRANTED, provided the deposition is properly noticed and complies with the Federal Rules of Civil Procedure.

　　This order terminates Docket No. 48.

　　**IT IS SO ORDERED.**

Dated: 1/28/2016

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　HAYWOOD S. GILLIAM, JR.
　　　　　　　　　　　　　　　　　　　　　United States District Judge